Farzad Rastegar (SBN: 155555)
farzad@rastegarlawgroup.com
Justin F. Marquez (SBN: 262417)
justin@rastegarlawgroup.com
**RASTEGAR LAW GROUP, APC**
1010 Crenshaw Blvd., Suite 100
Torrance, California 90501
Telephone: (310) 961-9600
Facsimile: (310) 961-9094

Attorneys for Plaintiff ALBERT JOHNSON

Michael A. Laurenson (SBN: 190023)
mlaurenson@gordonrees.com
Mark S. Posard (SBN: 208790)
mposard@gordonrees.com
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
DEPENDABLE HIGHWAY EXPRESS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEPENDABLE HIGHWAY EXPRESS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants | No. 2:14-CV-02238 MMM-JCGx<br><br>[Hon. Margaret M. Morrow]<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER TO REMAND REMOVED ACTION** |

Case No. 2:14-CV-02238

ORDER TO REMAND REMOVED ACTION

1  The Court, having considered the parties' Stipulation to Remand Removed
2  Action, orders that this action is remanded to the Los Angeles County Superior
3  Court. Each party shall bear its own attorneys' fees and costs with respect to the
4  removal and subsequent remand of this action.
5  **IT IS SO ORDERED.**

7  DATE: April 11, 2014

8  _____
   Honorable Margaret M. Morrow
9  United States District Court Judge